UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X

JOSE CARCHI, et al.,

                                          Plaintiffs,

                         -v-

SAN PIETRO RESTAURANT INC., et al.,

                                          Defendants.

------------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/29/19

17 Civ. 3160 (PAE)
18 Civ. 00291 (PAE)
18 Civ. 08898 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

On October 24, 2019, the parties submitted proposed settlement agreements, Dkt. 134

("Agreements"), and a letter in support, in this Fair Labor Standards Act ("FLSA") action.[1] This

FLSA settlement involves two agreements. The first is between all plaintiffs, except Jean

Charles Antoine Quarrato, and defendants San Pietro Restaurant Inc., Gerardo Bruno, Guiseppe

Bruno, and Cosimo Bruno (the "First Agreement"). The second is between plaintiff Quarrato

and defendants Sistina Restaurant, Inc., and Guiseppe Bruno (the "Second Agreement"). The

Court has carefully reviewed the Agreements. The Court concludes, substantially for the reasons

stated in the parties' letter, that the proposed settlement agreement is fair and reasonable.

Defendants agree to pay $149,037.63 to all plaintiffs except Quarrato, pursuant to the First

Agreement; $1,600 to Quarrato, pursuant to the Second Agreement; and $49,679.21 in attorneys'

fees to plaintiffs' attorney, Michael Faillace & Associates. The Agreements therefore allocate

one third of the settlement amount, net of costs, to plaintiff's counsel as attorneys' fees. Upon

careful review of the Agreements, the Court is satisfied that the Agreements were achieved

---

[1] The parties are resolving their New York Labor Law ("NYLL") claims in a separate agreement.

through procedurally fair means and is fair and reasonable such that it satisfies the standard set

forth in *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015).

Accordingly, the Court approves the Agreements.

SO ORDERED.

Paul A. Engelmayer
United States District Judge

Dated: October 29, 2019
        New York, New York

2